United States Bankruptcy Court
Southern District of Indiana

In re:  
Steven Anthony Hunter  
Kimberly Lynn Hunter  
       Debtors

Case No. 11-09499-JKC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0756-1          User: ltrepes          Page 1 of 1          Date Rcvd: Aug 16, 2011  
                      Form ID: SF00200          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2011.  
db/jdb      +Steven Anthony Hunter,   Kimberly Lynn Hunter,   13880 Spring Mill Ponds Circle,   Carmel, IN 46032-8543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**                    **Signature:** _/s/ Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF00200 (rev 07/2010)

In Re:
   Steven Anthony Hunter
      SSN: xxx–xx–0993   EIN: NA
   Kimberly Lynn Hunter
      SSN: xxx–xx–8056   EIN: NA
   Debtor(s)

Case Number:
**11–09499–JKC–13**

## NOTICE

   NOTICE IS HEREBY GIVEN that the Court will consider and act upon the following matters and to transact such other business as may properly come before the Court:

EVIDENTIARY HEARING on Debtors Motion to Avoid Wholly Unsecured Mortgage re: GMAC Mortgage Corporation AND Objection thereto by GMAC Mortgage, LLC

**NOTE TO COUNSEL FOR THE INTERESTED PARTIES: This is an Evidentiary Hearing, so please bring all WITNESSES and DOCUMENTS needed to support your positions. PLEASE PREMARK YOUR EXHIBITS AS FOLLOWS: CREDITORS/TRUSTEES, LABEL YOUR EXHIBITS WITH NUMBERS AND DEBTORS, LABEL YOUR EXHIBITS WITH LETTERS.**

The Evidentiary Hearing will proceed accordingly on the scheduled date, unless a Continuance has been requested and approved OR, if an Agreement is reached and the Court notified of same prior to the hearing.

Date:  October 19, 2011
Time: 01:30 PM EDT
Place: Rm. 325 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

   Motions for continuances must be filed as soon as the cause for continuance or delay is discovered by the party requesting the continuance and no later than seven (7) days before the date of the hearing. Motions for continuances filed less than seven (7) days before the hearing date will be granted **only** upon a showing of good cause. Every motion for continuance shall denominate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding such request for continuance.

   The above–referenced document is available on the Court's PACER site at http://pacer.insb.uscourts.gov or it may be requested from the filer.

Dated:   August 16, 2011                       KEVIN P. DEMPSEY, CLERK
                                                         U.S. BANKRUPTCY COURT